# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## DOCKET NO. 5:05CR215-V

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>FERNANDO POLITO BELLO ) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On June 20, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment. In that count, Defendant was charged with possession of a firearm by an illegal alien in violation of 18 U.S.C. §922(g)(5).

On July 7, 2006, the United States published in the <u>Statesville Record and Landmark</u>, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the affidavit submitted with the government's motion, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

    **a. Ammunition, that is, shotgun shells, seized on or about June 6, 2005, from the defendant's residence located at 1630 Wallace Street, Statesville, North Carolina; and**

    **b. One Maverick 12-gauge shotgun, Model 88, SN MV19307A.**

Signed: October 13, 2006

Richard L. Voorhees
United States District Judge